# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

                Chapter 13

                Bankruptcy No. 16-18596-MDC

JOSEPH V. AULT
HELENE M. AULT
264 Callowhill Road

Chalfont, PA 18914

    Debtor

### CERTIFICATE OF SERVICE

**AND NOW,** comes William C. Miller, Esquire, chapter 13 standing trustee, and certifies that he served the attached Objection to Confirmation of Chapter 13 Plan on the following parties

**Debtor(s), at the address listed, by first class mail.**
    JOSEPH V. AULT
    HELENE M. AULT
    264 Callowhill Road

    Chalfont, PA 18914

**Counsel for debtor(s), by electronic notice only.**
    JEFFREY C MCCULLOUGH
    16 N FRANKLIN ST
    SUITE 300
    DOYLESTOWN, PA 18901

**Counsel for the United States Trustee, by electronic notice only.**
    Office of the U.S. Trustee
    Eastern District of Pennsylvania
    833 Chestnut Street, Suite 500
    Philadelphia, PA  19107

                /s/ William C. Miller

Date: 2/13/2017

                _____
                William C. Miller, Esquire
                Chapter 13 Standing Trustee