UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
|    JOSEPH V. AULT | : | |
|    HELENE M. AULT | : | |
|                     Debtors | : | Case No. 16-18596 mdc |

## AMENDED CHAPTER 13 PLAN

If you oppose any provision of this plan you must file a timely written objection. This plan may be confirmed and become binding on you without further notice or hearing unless a written objection is filed before the deadline stated on the Notice issued in connection with the filing of the plan.

The Debtor will seek a discharge of debts pursuant to U.S.C. §1328(a).

(If this form is used by joint debtors wherever the word "debtor" or words referring to debtor are used they shall be read as if in the plural.)

### PLAN FUNDING AND PAYMENT OF PLAN

1. The future earnings of the debtor are submitted to the supervision and control of the trustee and the debtor shall pay to the trustee the sum of $500.00 for one (1) month, then the sum of $3,770.00 monthly for a period of fifty-nine (59) months.

2. From the payments so received, the trustee shall make disbursements as follows:

(a) Full payment in deferred cash payments of all claims entitled to priority under 11 U.S.C. Sec. 507 including the allowed priority claim of the United States of America, Internal Revenue Service in the amount of $124,476.01; the allowed priority claim of the Pennsylvania Department of Revenue in the amount of $9476.48; and the allowed priority claim of Jeffrey C. McCullough, Esquire, for counsel fees as Debtors' counsel not to exceed $2400.00.

(b) Holders of allowed secured claims shall retain the liens securing such claims and shall be paid as follows:

   I.  PNC Bank, N.A. shall be paid the arrears, accrued to date of filing in the amount of $20,043.35 full in deferred cash payments from the Trustee. Debtors shall make current post-petition monthly mortgage payments directly to PNC Bank, N.A. outside of the Plan.

   II. Univest Bank and Trust Company shall be paid it's allowed secured claim outside of the Plan directly from Debtors.

   III. The United States of America, Internal Revenue Service, shall be paid it's allowed secured claim in the amount of $23,965.13 in full in deferred cash payments from the Trustee.

   IV. The Commonwealth of Pennsylvania, Department of Revenue, shall be paid its allowed secured claim in the amount of $3,956.28 in full in deferred cash payments from the Trustee.

V.  The secured claim of Allegro Credit (Proof of Claim No. 1) shall be treated as a general unsecured claim in accordance with subparagraph (c) below.  Debtors have surrendered the collateral (Estonia Piano) to the dealer from whom the collateral was purchased.

(c) Subsequent to - pro rata with dividends to secured creditors, dividends to unsecured creditors whose claims are duly allowed as follows:

Pro Rata

3.  The following executory contracts of the debtor are assumed:  None

Title to the debtors' property shall revest in the debtor on confirmation of a plan -- upon dismissal of the case after confirmation pursuant to U.S.C. Sec. 350.

  06-08-17                                            /s/Joseph V. Ault
Date                                              JOSEPH V. AULT - Debtor


  06-08-17                                            /s/Helene M. Ault
Date                                              HELENE M. AULT - Debtor