UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
|     JOSEPH M. AULT | : | |
|     HELENE M. AULT | : | |
|         Debtors | : | BKCY No. 16-18596 mdc |

## **CERTIFICATE OF SERVICE**

I, Jeffrey C. McCullough, do hereby certify under penalty of perjury that I delivered by electronic and first class mail a copy of the Amended Chapter 13 Plan upon the following persons at the addresses listed below on June 12, 2017:

William C. Miller, Esquire
Chapter 13 Trustee
mdc@ph13trustee.com

U.S. Trustee's Office
ustrustee@usdoj.gov

Internal Revenue Service
PO Box 7346
Phila., PA 19101

PA Department of Revenue
PO Box 280946
Harrisburg, PA 17128-0946

PNC Bank
bkgroup@kmllawgroup.com

Univest Bank
PO Box 197
Souderton, PA 18964

Allegro Credit
PO Box 842408
Los Angeles, CA 90084-2408
Allegro Credit

   /s/Jeffrey C. McCullough
Jeffrey C. McCullough, Esquire
Attorney for Debtors
16 N. Franklin St., Suite 300
Doylestown, PA  18901
215-348-8133 - Phone
215-348-0428 - Fax