# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

    Chapter 13

    Bankruptcy No. 16-18596-MDC

JOSEPH V. AULT
HELENE M. AULT
264 Callowhill Road

Chalfont, PA 18914

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    JOSEPH V. AULT
    HELENE M. AULT
    264 Callowhill Road

    Chalfont, PA 18914

Counsel for debtor(s), by electronic notice only.

    JEFFREY C MCCULLOUGH
    16 N FRANKLIN ST
    SUITE 300
    DOYLESTOWN, PA 18901

Date: 6/20/2017

/S/ William C. Miller
_____
William C. Miller, Esquire
Chapter 13 Standing Trustee