# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Joseph V. Ault<br>          Helene V. Ault<br><br>                              Debtors<br><br>PNC BANK, NATIONAL ASSOCIATION, SUCCESSOR IN INTEREST TO NATIONAL CITY REAL ESTATE SERVICES, LLC, SUCCESSOR BY MERGER TO NATIONAL CITY MORTGAGE, INC., FORMERLY KNOWN AS NATIONAL CITY MORTGAGE CO., DOING BUSINESS AS COMMONWEALTH UNITED MORTGAGE COMPANY<br>                              Movant<br>            vs.<br><br>Joseph V. Ault<br>Helene V. Ault<br>                              Debtors | CHAPTER 13<br><br><br><br>NO. 16-18596 MDC |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

Kindly withdraw the Objection of PNC BANK, NATIONAL ASSOCIATION, SUCCESSOR IN INTEREST TO NATIONAL CITY REAL ESTATE SERVICES, LLC, SUCCESSOR BY MERGER TO NATIONAL CITY MORTGAGE, INC., FORMERLY KNOWN AS NATIONAL CITY MORTGAGE CO., DOING BUSINESS AS COMMONWEALTH UNITED MORTGAGE COMPANY to Confirmation of Chapter 13 Plan, which was filed with the Court on or about April 24, 2017 (Doc. No. 15).

                                        Respectfully submitted,

                                        **/s/ Matteo S. Weiner, Esquire**
                                        Matteo S. Weiner, Esquire
                                        KML Law Group, P.C.
                                        BNY Mellon Independence Center
                                        701 Market Street, Suite 5000
                                        Philadelphia, PA  19106
                                        215-627-1322

Dated: September 18, 2017