IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| JOSEPH V. AULT | : | |
| HELENE M. AULT | : | |
| Debtors | : | BANKRUPTCY NO. 16-18596 mdc |

## CERTIFICATION OF NO OBJECTION

The undersigned, as attorney for Debtors, hereby certifies that No Answer and/or Objection, or other responsive pleading or request for a hearing has been filed by any party on or before the last filing date of October 15, 2017, regarding the Application for Compensation of Debtor's Counsel.


  10-18-17                                          /s/Jeffrey C. McCullough
Date                                               Jeffrey C. McCullough, Esquire
                                                   Attorney for Debtors
                                                   16 N. Franklin St., Suite 300
                                                   Doylestown, PA  18901
                                                   215-348-8133
                                                   215-348-0428 - Fax