*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Joseph V. Ault and Helene M. Ault

    Debtor(s)

Case No: 16–18596–mdc

Chapter: 13

**NOTICE OF HEARING**

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Magdeline D. Coleman , United States Bankruptcy Judge to consider:

\*\*RE–SCHEDULED\*\*
Motion to Modify Plan Filed by Helene M. Ault, Joseph V. Ault Represented by JEFFREY C. MCCULLOUGH

on: 1/25/18

at: 11:00 AM

in: Courtroom #2, 900 Market Street, Philadelphia, PA 19107

For The Court

Date:  1/9/18

Timothy B. McGrath
Clerk of Court