IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
|   JOSEPH V. AULT | : | |
|   HELENE M. AULT | : | |
| Debtors | : | BANKRUPTCY NO. 16-18596 mdc |

## CERTIFICATION OF NO OBJECTION

The undersigned, as attorney for Debtors, hereby certify that no Answer and/or Objection, or other responsive pleading or request for a hearing has been filed by any party on or before the hearing date of January 7, 2018, regarding the Debtor's Motion to Modify Plan.

  /s/Jeffrey C. McCullough
Jeffrey C. McCullough, Esquire
Counsel for Debtor
16 N. Franklin St., Ste. 300
Doylestown, PA  18901
(215) 348-8133
(215) 348-0428 - Fax