United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Joseph V. Ault  
Helene M. Ault  
    Debtors

Case No. 16-18596-mdc  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2    User: Eileen    Page 1 of 2    Date Rcvd: Jan 09, 2018  
    Form ID: 167    Total Noticed: 32

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 11, 2018.

```
db/jdb         +Joseph V. Ault,    Helene M. Ault,    264 Callowhill Road,    Chalfont, PA 18914-1519
13836367       +AR Resources Inc,    1777 Sentry Parkway W,    Blue Bell, PA 19422-2206
13842555       +Allegro Credit,    1111 Bayhill Drive, Suite #450,    San Bruno, CA 94066-3054
13836364        Allegro Credit,    P.O.Box 842408,    Los Angeles, CA 90084-2408
13836365        American Express,    P.O.Box 981535,    El Paso, TX 79998-1535
13878746        American Express Centurion Bank,    c/o Becket and Lee LLP,    PO Box 3001,
                 Malvern PA 19355-0701
13836366       +American Express Legal,    P.O.Box 278,    Ramsey, NJ 07446-0278
13836368        Berks Credit & Collections,    900 Corporate Drive,    Peabody, MA 01960-5000
13836369       +Brian Barrebee,    P.O.Box 187,    Swarthmore, PA 19081-0187
13836370       +Capital One Bank USA, N.A.,    P.O.Box 30281,    Salt Lake City, UT 84130-0281
13836371        Commonwealth of Pennsylvania,    Department of Revenue,    P.O.Box 281041,
                 Harrisburg, PA 17128-1041
13836372       +Delaware Valley Anesthesdia,    9500 Roosevelt Blvd,    Philadelphia, PA 19115-3926
13836373       +Doylestown Hospital,    Patient Financial Services,    595 West State Street,
                 Doylestown, PA 18901-2554
13836374       +Huntingdon Valley Surgery Center,    1800 Byberry Road,    Building 10,
                 Huntingdon Valley, PA 19006-3522
13988831       +Jeffrey C. McCullough, Esquire,    16 North Franklin Street, Suite 300,
                 Doylestown, PA 18901-3556
13882488        Navient Solutions, Inc. on behalf of,    Department of Education Loan Services,    PO BOX 9635,
                 Wilkes-Barre, PA 18773-9635
13836384        PNC Mortgage,    P.O.Box 1820,    Dayton, OH 45401-1820
13894734       +PNC Mortgage, a division of PNC Bank, NA,    3232 Newmark Drive,    Miamisburg, OH 45342-5421
13836379        Parlee Tatum Radiology Associates,    P.O.Box 371863,    Pittsburgh, PA 15250-7863
13836380        Pennsylvania Medicine,    Pennsylvania Hospital,    P.O.Box 824406,    Philadelphia, PA 19182-4406
13836383       +Pennsylvania Orthopedic Associates, Inc.,    P.O.Box 710507,    Herndon, VA 20171-0507
13836386        Univest Bank and Trust Co.,    P.O.Box 197,    Souderton, PA 18964-0197
13899433        Wells Fargo Bank, N.A.,    Wells Fargo Card Services,    PO Box 10438, MAC F8235-02F,
                 Des Moines, IA 50306-0438
13836387        Wells Fargo Card Services,    P.O.Box 10347,    Des Moines, IA 50306-0347
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
cr             +E-mail/PDF: gecsedi@recoverycorp.com Jan 10 2018 01:39:39      Synchrony Bank,
                 c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
13899932        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jan 10 2018 01:50:41
                 American InfoSource LP as agent for,    Verizon,    PO Box 248838,
                 Oklahoma City, OK  73124-8838
13836375        E-mail/Text: cio.bncmail@irs.gov Jan 10 2018 01:43:20      Internal Revenue Service,
                 P.O.Box 7346,    Philadelphia, PA 19101-7346
13836378       +E-mail/PDF: pa_dc_claims@navient.com Jan 10 2018 01:39:39      Navient,    P.O.Box 9500,
                 Wilkes Barre, PA 18773-9500
13904066        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 10 2018 08:10:11
                 Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541
13869695       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 10 2018 08:10:11
                 PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
13886859        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jan 10 2018 01:43:43
                 Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
                 Harrisburg, Pa.  17128-0946
13836385        E-mail/Text: bankruptcydepartment@tsico.com Jan 10 2018 01:45:16      Transworld Systems Inc.,
                 P.O.Box 15520,    Wilmington, DE 19850-5520
                                                                                              TOTAL: 8
```

```
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13836376*       Internal Revenue Service,    P.O.Box 7346,    Philadelphia, PA 19101-7346
13836377*       Internal Revenue Service,    P.O.Box 7346,    Philadelphia, PA 19101-7346
13836381*       Pennsylvania Medicine,    Pennsylvania Hospital,    P.O.Box 824406,    Philadelphia, PA 19182-4406
13836382*       Pennsylvania Medicine,    Pennsylvania Hospital,    P.O.Box 824406,    Philadelphia, PA 19182-4406
                                                                                 TOTALS: 0, * 4, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0313-2          User: Eileen                Page 2 of 2                  Date Rcvd: Jan 09, 2018
                              Form ID: 167                Total Noticed: 32
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 11, 2018                                        Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 9, 2018 at the address(es) listed below:
              DENISE ELIZABETH CARLON    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION, SUCCESSOR IN
               INTEREST TO NATIONAL CITY REAL ESTATE SERVICES, LLC, SUCCESSOR BY MERGER TO NATIONAL CITY
               MORTGAGE, INC., FORMERLY KNOWN AS NATIONAL CITY MORTGAGE CO., DOI bkgroup@kmllawgroup.com
              JEFFREY C. MCCULLOUGH    on behalf of Debtor Joseph V. Ault jeffmccullough@bondmccullough.com,
               mbehrlacher@bondmccullough.com
              JEFFREY C. MCCULLOUGH    on behalf of Joint Debtor Helene M. Ault
               jeffmccullough@bondmccullough.com,    mbehrlacher@bondmccullough.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION, SUCCESSOR IN
               INTEREST TO NATIONAL CITY REAL ESTATE SERVICES, LLC, SUCCESSOR BY MERGER TO NATIONAL CITY
               MORTGAGE, INC., FORMERLY KNOWN AS NATIONAL CITY MORTGAGE CO., DOI bkgroup@kmllawgroup.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                             TOTAL: 7
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Joseph V. Ault and Helene M. Ault

Debtor(s)

Case No: 16–18596–mdc

Chapter: 13

**NOTICE OF HEARING**

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Magdeline D. Coleman , United States Bankruptcy Judge to consider:

\*\*RE–SCHEDULED\*\*
Motion to Modify Plan Filed by Helene M. Ault, Joseph V. Ault Represented by JEFFREY C. MCCULLOUGH

on: 1/25/18

at: 11:00 AM

in: Courtroom #2, 900 Market Street, Philadelphia, PA 19107

For The Court

Date: 1/9/18

Timothy B. McGrath
Clerk of Court

45 – 40
Form 167