IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| JOSEPH V. AULT | : | |
| HELENE M. AULT | : | |
| Debtors | : | BANKRUPTCY NO. 16-18596 mdc |

### ORDER

AND NOW, this 22nd day of February, 2018, upon consideration of the Debtors' Motion to Modify Confirmed Chapter 13 Plan and after notice and an opportunity for a hearing thereon it is hereby

ORDERED that the Debtors' Chapter 13 Plan confirmed by Order dated September 21, 2017 is hereby modified in accordance with the terms of the Modified Confirmed Chapter 13 Plan filed on the docket on December 18, 2017 at Docket Entry No. 39.

BY THE COURT:

_Magdeline D. C_____
MAGDELINE D. COLEMAN
U.S. Bankruptcy Judge