United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 16-18596-mdc
Joseph V. Ault                                                          Chapter 13
Helene M. Ault
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2           User: Antoinett            Page 1 of 2                 Date Rcvd: Feb 23, 2018
                               Form ID: pdf900            Total Noticed: 34

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 25, 2018.
```
db/jdb         +Joseph V. Ault,    Helene M. Ault,    264 Callowhill Road,    Chalfont, PA 18914-1519
13836367       +AR Resources Inc,    1777 Sentry Parkway W,    Blue Bell, PA 19422-2206
13836364        Allegro Credit,    P.O.Box 842408,    Los Angeles, CA 90084-2408
13842555       +Allegro Credit,    1111 Bayhill Drive, Suite #450,    San Bruno, CA 94066-3054
13836365        American Express,    P.O.Box 981535,    El Paso, TX 79998-1535
13878746        American Express Centurion Bank,    c/o Becket and Lee LLP,    PO Box 3001,
                 Malvern PA 19355-0701
13836366       +American Express Legal,    P.O.Box 278,    Ramsey, NJ 07446-0278
13836368        Berks Credit & Collections,    900 Corporate Drive,    Peabody, MA 01960-5000
13836369       +Brian Barrebee,    P.O.Box 187,    Swarthmore, PA 19081-0187
13836370       +Capital One Bank USA, N.A.,    P.O.Box 30281,    Salt Lake City, UT 84130-0281
13836371        Commonwealth of Pennsylvania,    Department of Revenue,    P.O.Box 281041,
                 Harrisburg, PA 17128-1041
13836372       +Delaware Valley Anesthesdia,    9500 Roosevelt Blvd,    Philadelphia, PA 19115-3926
13836373       +Doylestown Hospital,    Patient Financial Services,    595 West State Street,
                 Doylestown, PA 18901-2554
13836374       +Huntingdon Valley Surgery Center,    1800 Byberry Road,    Building 10,
                 Huntingdon Valley, PA 19006-3522
13988831       +Jeffrey C. McCullough, Esquire,    16 North Franklin Street, Suite 300,
                 Doylestown, PA 18901-3556
13836384        PNC Mortgage,    P.O.Box 1820,    Dayton, OH 45401-1820
13894734       +PNC Mortgage, a division of PNC Bank, NA,    3232 Newmark Drive,    Miamisburg, OH 45342-5421
13836379        Parlee Tatum Radiology Associates,    P.O.Box 371863,    Pittsburgh, PA 15250-7863
13836380        Pennsylvania Medicine,    Pennsylvania Hospital,    P.O.Box 824406,    Philadelphia, PA 19182-4406
13836383       +Pennsylvania Orthopedic Associates, Inc.,    P.O.Box 710507,    Herndon, VA 20171-0507
13836386        Univest Bank and Trust Co.,    P.O.Box 197,    Souderton, PA 18964-0197
13899433        Wells Fargo Bank, N.A.,    Wells Fargo Card Services,    PO Box 10438, MAC F8235-02F,
                 Des Moines, IA 50306-0438
13836387        Wells Fargo Card Services,    P.O.Box 10347,    Des Moines, IA 50306-0347
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: bankruptcy@phila.gov Feb 24 2018 01:47:45      City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Feb 24 2018 01:47:39      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr             +E-mail/PDF: gecsedi@recoverycorp.com Feb 24 2018 01:50:07      Synchrony Bank,
                 c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
13899932        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Feb 24 2018 01:57:25
                 American InfoSource LP as agent for,    Verizon,    PO Box 248838,
                 Oklahoma City, OK  73124-8838
13836375        E-mail/Text: cio.bncmail@irs.gov Feb 24 2018 01:46:31      Internal Revenue Service,
                 P.O.Box 7346,    Philadelphia, PA 19101-7346
13836378       +E-mail/PDF: pa_dc_claims@navient.com Feb 24 2018 01:50:09      Navient,    P.O.Box 9500,
                 Wilkes Barre, PA 18773-9500
13882488        E-mail/PDF: pa_dc_claims@navient.com Feb 24 2018 01:50:09
                 Navient Solutions, Inc. on behalf of,    Department of Education Loan Services,    PO BOX 9635,
                 Wilkes-Barre, PA 18773-9635
13904066        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 24 2018 01:57:46
                 Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541
13869695       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 24 2018 01:57:34
                 PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
13886859        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Feb 24 2018 01:46:43
                 Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
                 Harrisburg, Pa.  17128-0946
13836385        E-mail/Text: bankruptcydepartment@tsico.com Feb 24 2018 01:48:23      Transworld Systems Inc.,
                 P.O.Box 15520,    Wilmington, DE 19850-5520
                                                                                              TOTAL: 11

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
smg*            Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
13836376*       Internal Revenue Service,    P.O.Box 7346,    Philadelphia, PA 19101-7346
13836377*       Internal Revenue Service,    P.O.Box 7346,    Philadelphia, PA 19101-7346
13836381*       Pennsylvania Medicine,    Pennsylvania Hospital,    P.O.Box 824406,    Philadelphia, PA 19182-4406
13836382*       Pennsylvania Medicine,    Pennsylvania Hospital,    P.O.Box 824406,    Philadelphia, PA 19182-4406
                                                                                   TOTALS: 0, * 5, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0313-2          User: Antoinett              Page 2 of 2                  Date Rcvd: Feb 23, 2018
                              Form ID: pdf900              Total Noticed: 34
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 25, 2018                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 23, 2018 at the address(es) listed below:
              DENISE ELIZABETH CARLON    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION, SUCCESSOR IN
               INTEREST TO NATIONAL CITY REAL ESTATE SERVICES, LLC, SUCCESSOR BY MERGER TO NATIONAL CITY
               MORTGAGE, INC., FORMERLY KNOWN AS NATIONAL CITY MORTGAGE CO., DOI bkgroup@kmllawgroup.com
              JEFFREY C. MCCULLOUGH    on behalf of Debtor Joseph V. Ault jeffmccullough@bondmccullough.com,
               mbehrlacher@bondmccullough.com
              JEFFREY C. MCCULLOUGH    on behalf of Joint Debtor Helene M. Ault
               jeffmccullough@bondmccullough.com, mbehrlacher@bondmccullough.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION, SUCCESSOR IN
               INTEREST TO NATIONAL CITY REAL ESTATE SERVICES, LLC, SUCCESSOR BY MERGER TO NATIONAL CITY
               MORTGAGE, INC., FORMERLY KNOWN AS NATIONAL CITY MORTGAGE CO., DOI bkgroup@kmllawgroup.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,  philaecf@gmail.com
                                                                                             TOTAL: 7
```

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| JOSEPH V. AULT | : | |
| HELENE M. AULT | : | |
| Debtors | : | BANKRUPTCY NO. 16-18596 mdc |

## ORDER

AND NOW, this 22nd day of February, 2018, upon consideration of the Debtors' Motion to Modify Confirmed Chapter 13 Plan and after notice and an opportunity for a hearing thereon it is hereby

ORDERED that the Debtors' Chapter 13 Plan confirmed by Order dated September 21, 2017 is hereby modified in accordance with the terms of the Modified Confirmed Chapter 13 Plan filed on the docket on December 18, 2017 at Docket Entry No. 39.

BY THE COURT:

MAGDELINE D. COLEMAN
U.S. Bankruptcy Judge