UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| JOSEPH V. AULT | : | |
| HELENE M. AULT | : | |
| Debtors | : | BANKRUPTCY NO. 16-18596 mdc |

## CERTIFICATION OF NO OBJECTION

I, Jeffrey C. McCullough, attorney for Debtor , hereby certify that No Answer and/or Objection, or other responsive pleading or request for a hearing has been filed by any party on or before the last filing date of March 18, 2018,  regarding the Supplemental Application for Compensation and Reimbursement of Expenses.

　　　　　　　　　　　　　　　　　　　　  /s/Jeffrey C. McCullough
　　　　　　　　　　　　　　　　　　　　Jeffrey C. McCullough, Esquire
　　　　　　　　　　　　　　　　　　　　Attorney for Debtors
　　　　　　　　　　　　　　　　　　　　16 N. Franklin St., Suite 300
　　　　　　　　　　　　　　　　　　　　Doylestown, PA  18901
　　　　　　　　　　　　　　　　　　　　215-348-8133 - phone
　　　　　　　　　　　　　　　　　　　　215-348-0428 - fax