IN THE UNITED STATES BANKRUPTCY COUR-
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
|    JOSEPH V. AULT | : | |
|    HELENE M. AULT | : | |
| Debtors | : | BANKRUPTCY NO. 16-18596 mdc |

## ORDER ALLOWING COMPENSATION TO DEBTOR'S COUNSEL

AND NOW, this 29th day of March, 2018, upon consideration of the Supplemental Application for Compensation and Reimbursement of Expenses, it is hereby

ORDERED AND DECREED, that said application is approved, and it is

FURTHER ORDERED that Jeffrey C. McCullough, Esquire is hereby allowed the sum of $1600.00 as compensation for professional services rendered as counsel to Debtor in connection with performance of his representation of Debtors in defense of a Trustee's Motion For Relief From Stay and prosecution of a related Motion to Modify Confirmed Plan.  Said fees may be paid as an administrative expense through Debtor's Chapter 13 Plan payments as those funds are available to the standing Chapter 13 Trustee.

BY THE COURT:

*Magdeline D. Coleman*

Magdeline D. Coleman
U.S. Bankruptcy Judge