United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                              Case No. 16-18596-mdc
Joseph V. Ault                                                      Chapter 13
Helene M. Ault
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: John              Page 1 of 1              Date Rcvd: Mar 30, 2018
                              Form ID: pdf900         Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 01, 2018.
db/jdb         +Joseph V. Ault,    Helene M. Ault,    264 Callowhill Road,    Chalfont, PA 18914-1519

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Mar 31 2018 07:33:11     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,   615 Chestnut Street,    Philadelphia, PA 19106-4404
                                                                                                TOTAL: 1

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 01, 2018                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 30, 2018 at the address(es) listed below:
              DENISE ELIZABETH CARLON    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION, SUCCESSOR IN
               INTEREST TO NATIONAL CITY REAL ESTATE SERVICES, LLC, SUCCESSOR BY MERGER TO NATIONAL CITY
               MORTGAGE, INC., FORMERLY KNOWN AS NATIONAL CITY MORTGAGE CO., DOI bkgroup@kmllawgroup.com
              JEFFREY C. MCCULLOUGH    on behalf of Debtor Joseph V. Ault jeffmccullough@bondmccullough.com,
               mbehrlacher@bondmccullough.com
              JEFFREY C. MCCULLOUGH    on behalf of Joint Debtor Helene M. Ault
               jeffmccullough@bondmccullough.com,    mbehrlacher@bondmccullough.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION
               bkgroup@kmllawgroup.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION, SUCCESSOR IN
               INTEREST TO NATIONAL CITY REAL ESTATE SERVICES, LLC, SUCCESSOR BY MERGER TO NATIONAL CITY
               MORTGAGE, INC., FORMERLY KNOWN AS NATIONAL CITY MORTGAGE CO., DOI bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                               TOTAL: 7

IN THE UNITED STATES BANKRUPTCY COUR-
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| JOSEPH V. AULT | : | |
| HELENE M. AULT | : | |
| Debtors | : | BANKRUPTCY NO. 16-18596 mdc |

### ORDER ALLOWING COMPENSATION TO DEBTOR'S COUNSEL

AND NOW, this 29th day of March, 2018, upon consideration of the Supplemental Application for Compensation and Reimbursement of Expenses, it is hereby

ORDERED AND DECREED, that said application is approved, and it is

FURTHER ORDERED that Jeffrey C. McCullough, Esquire is hereby allowed the sum of $1600.00 as compensation for professional services rendered as counsel to Debtor in connection with performance of his representation of Debtors in defense of a Trustee's Motion For Relief From Stay and prosecution of a related Motion to Modify Confirmed Plan.  Said fees may be paid as an administrative expense through Debtor's Chapter 13 Plan payments as those funds are available to the standing Chapter 13 Trustee.

BY THE COURT:

_Magdeline D. Coleman_

Magdeline D. Coleman
U.S. Bankruptcy Judge