IN THE UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF PENNSYLVANIA, PHILADELPHIA DIVISION

| | | |
|---|---|---|
| IN RE: JOSEPH V AULT | : | Chapter: 13 |
| HELENE M AULT | : | |
| | : | |
| | : | |
| | : | CASE NO: 16-18596 |
| | : | |

**NOTICE OF ADDRESS CHANGE**

Allegro Credit hereby changes its address for its claim number 1, account number ending in 1159 filed in this case. Any other addresses for notices or other claims should not be affected by this change and should remain the same.

Previous Address:

    1111 Bayhill Drive, Suite #450

    San Bruno, CA 94066

New Address for Notices:

    Allegro Credit

    c/o Becket & Lee LLP

    PO Box 3002

    Malvern, PA 19355-0701

    610-228-2570

    proofofclaim@becket-lee.com

New Address for Payments:

    Allegro Credit

    c/o Becket & Lee LLP

    PO Box 3002

    Malvern, PA 19355-0701

    610-228-2570

    payments@becket-lee.com

Respectfully Submitted,

By: /s/ Gregory P Deegan

    Gregory P Deegan, Claims Administrator

    Becket & Lee LLP

    PO Box 3001

    Malvern, PA 19355-0701

DATE: 4/11/2018