IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
|   JOSEPH V. AULT | : | |
|   HELENE M. AULT | : | |
| Debtors | : | BANKRUPTCY NO. 16-18596 mdc |

## CERTIFICATION OF NO OBJECTION

      The undersigned, as attorney for Debtors, hereby certify that no Answer and/or Objection, or other responsive pleading or request for a hearing has been filed by any party on or before the hearing date of April 17, 2018, regarding the Debtor's Motion to Revise Modified Confirmed Chapter 13 Plan.

 April 25, 2018                                                                                    /s/Jeffrey C. McCullough
Date                                                                                       Jeffrey C. McCullough, Esquire
                                                                                            Counsel for Debtors
                                                                                            16 N. Franklin St., Ste. 300
                                                                                            Doylestown, PA  18901
                                                                                            (215) 348-8133
                                                                                            (215) 348-0428 - Fax