IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| JOSEPH V. AULT | : | |
| HELENE M. AULT | : | |
| Debtors | : | BANKRUPTCY NO. 16-18596 mdc |

## ORDER

AND NOW, this 27th day of April, 2018, upon consideration of the Debtors' Motion to Revise Modified Confirmed Chapter 13 Plan and after notice and an opportunity for a hearing thereon it is hereby

ORDERED that the Debtors' Modified Confirmed Chapter 13 Plan confirmed by Order dated February 22, 2018 is hereby modified in accordance with the terms of the Revised Modified Confirmed Chapter 13 Plan filed on the docket on March 28, 2018 at Docket Entry No. 56.

BY THE COURT:

_____
MAGDELINE D. COLEMAN
U.S. Bankruptcy Judge