United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  Case No. 16-18596-mdc

Joseph V. Ault  Chapter 13

Helene M. Ault

    Debtors

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Jan 21, 2022 | Form ID: 138OBJ | Total Noticed: 33 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 23, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Joseph V. Ault, Helene M. Ault, 264 Callowhill Road, Chalfont, PA 18914-1519 |
| 13836367 | + | AR Resources Inc, 1777 Sentry Parkway W, Blue Bell, PA 19422-2206 |
| 13842555 | + | Allegro Credit, c/o Becket & Lee LLP, PO BOX 3002, Malvern, PA 19355-0702 |
| 13836364 | | Allegro Credit, P.O.Box 842408, Los Angeles, CA 90084-2408 |
| 13836366 | + | American Express Legal, P.O.Box 278, Ramsey, NJ 07446-0278 |
| 13836368 | | Berks Credit & Collections, 900 Corporate Drive, Peabody, MA 01960-5000 |
| 13836369 | + | Brian Barrebee, P.O.Box 187, Swarthmore, PA 19081-0187 |
| 13836371 | | Commonwealth of Pennsylvania, Department of Revenue, P.O.Box 281041, Harrisburg, PA 17128-1041 |
| 13836372 | + | Delaware Valley Anesthesdia, 9500 Roosevelt Blvd, Philadelphia, PA 19115-3926 |
| 13836373 | + | Doylestown Hospital, Patient Financial Services, 595 West State Street, Doylestown, PA 18901-2554 |
| 13836374 | + | Huntingdon Valley Surgery Center, 1800 Byberry Road, Building 10, Huntingdon Valley, PA 19006-3522 |
| 13988831 | + | Jeffrey C. McCullough, Esquire, 16 North Franklin Street, Suite 300, Doylestown, PA 18901-3556 |
| 13894734 | + | PNC Mortgage, a division of PNC Bank, NA, 3232 Newmark Drive, Miamisburg, OH 45342-5421 |
| 13836379 | | Parlee Tatum Radiology Associates, P.O.Box 371863, Pittsburgh, PA 15250-7863 |
| 13836380 | | Pennsylvania Medicine, Pennsylvania Hospital, P.O.Box 824406, Philadelphia, PA 19182-4406 |
| 13836383 | + | Pennsylvania Orthopedic Associates, Inc., P.O.Box 710507, Herndon, VA 20171-0507 |
| 13836386 | | Univest Bank and Trust Co., P.O.Box 197, Souderton, PA 18964-0197 |
| 13899433 | | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 13836387 | | Wells Fargo Card Services, P.O.Box 10347, Des Moines, IA 50306-0347 |

TOTAL: 19

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Jan 22 2022 00:02:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Jan 22 2022 00:02:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 13836365 | | Email/PDF: bncnotices@becket-lee.com | Jan 22 2022 00:04:45 | American Express, P.O.Box 981535, El Paso, TX 79998-1535 |
| 13878746 | | Email/PDF: bncnotices@becket-lee.com | Jan 22 2022 00:04:40 | American Express Centurion Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 13899932 | | Email/PDF: ebn_ais@aisinfo.com | Jan 22 2022 00:04:40 | American InfoSource LP as agent for, Verizon, PO Box 248838, Oklahoma City, OK 73124-8838 |
| 13836370 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 22 2022 00:04:42 | Capital One Bank USA, N.A., P.O.Box 30281, Salt Lake City, UT 84130-0281 |
| 13836375 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jan 22 2022 00:02:00 | Internal Revenue Service, P.O.Box 7346, Philadelphia, PA 19101-7346 |
| 13836378 | + | Email/PDF: pa_dc_claims@navient.com | Jan 22 2022 00:04:42 | Navient, P.O.Box 9500, Wilkes Barre, PA 18773-9500 |

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jan 21, 2022 | Form ID: 138OBJ | Total Noticed: 33 |

| | | | | |
|---|---|---|---|---|
| 13882488 | | Email/PDF: pa_dc_claims@navient.com | Jan 22 2022 00:04:42 | Navient Solutions, Inc. on behalf of, Department of Education Loan Services, PO BOX 9635, Wilkes-Barre, PA 18773-9635 |
| 13836384 | | Email/Text: Bankruptcy.Notices@pnc.com | Jan 22 2022 00:02:00 | PNC Mortgage, P.O.Box 1820, Dayton, OH 45401-1820 |
| 13904066 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 22 2022 00:04:42 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 13869695 | + | Email/PDF: rmscedi@recoverycorp.com | Jan 22 2022 00:04:40 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 13886859 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jan 22 2022 00:02:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, Pa. 17128-0946 |
| 13836385 | | Email/Text: bankruptcydepartment@tsico.com | Jan 22 2022 00:02:00 | Transworld Systems Inc., P.O.Box 15520, Wilmington, DE 19850-5520 |

TOTAL: 14

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| smg | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14088746 | *+ | Allegro Credit, c/o Becket and Lee LLP, PO Box 3002, Malvern PA 19355-0702 |
| 13836376 | * | Internal Revenue Service, P.O.Box 7346, Philadelphia, PA 19101-7346 |
| 13836377 | * | Internal Revenue Service, P.O.Box 7346, Philadelphia, PA 19101-7346 |
| 13836381 | * | Pennsylvania Medicine, Pennsylvania Hospital, P.O.Box 824406, Philadelphia, PA 19182-4406 |
| 13836382 | * | Pennsylvania Medicine, Pennsylvania Hospital, P.O.Box 824406, Philadelphia, PA 19182-4406 |

TOTAL: 0 Undeliverable, 6 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 23, 2022              Signature:            /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 21, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| DENISE ELIZABETH CARLON | on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION, SUCCESSOR IN INTEREST TO NATIONAL CITY REAL ESTATE SERVICES, LLC, SUCCESSOR BY MERGER TO NATIONAL CITY MORTGAGE, INC., FORMERLY KNOWN AS NATIONAL CITY MORTGAGE CO., DOI bkgroup@kmllawgroup.com |
| JEFFREY C. MCCULLOUGH | on behalf of Debtor Joseph V. Ault jeffmccullough@bondmccullough.com  lchung@bondmccullough.com |
| JEFFREY C. MCCULLOUGH | on behalf of Joint Debtor Helene M. Ault jeffmccullough@bondmccullough.com  lchung@bondmccullough.com |

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 3 of 3 |
| Date Rcvd: Jan 21, 2022 | Form ID: 138OBJ | Total Noticed: 33 |

KENNETH E. WEST

    ecfemails@ph13trustee.com  philaecf@gmail.com

KEVIN G. MCDONALD

    on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION bkgroup@kmllawgroup.com

MATTEO SAMUEL WEINER

    on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION, SUCCESSOR IN INTEREST TO NATIONAL CITY REAL ESTATE SERVICES, LLC, SUCCESSOR BY MERGER TO NATIONAL CITY MORTGAGE, INC., FORMERLY KNOWN AS NATIONAL CITY MORTGAGE CO., DOI bkgroup@kmllawgroup.com

MATTEO SAMUEL WEINER

    on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION bkgroup@kmllawgroup.com

REBECCA ANN SOLARZ

    on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION bkgroup@kmllawgroup.com, rsolarz@kmllawgroup.com

United States Trustee

    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 9

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re: Joseph V. Ault and Helene M. Ault
      Debtor(s)

Case No: 16−18596−mdc
Chapter: 13

___

### NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

      900 Market Street
      Suite 400
      Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.


For The Court

Timothy B. McGrath
Clerk of Court

Dated: 1/21/22

81 − 80
Form 138OBJ